IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                          CIV. NO. S- 05-2321 LKK GGH

    vs.

CITY OF DAVIS, et al.,

    Defendants.                      ORDER

_____/

        Previously pending on this court's law and motion calendar for August 24, 2006, was defendants' motion for discovery and sanctions. Defendants filed a joint statement without cooperation by plaintiffs, who did not file a response. Douglas Thorn and Allison Goldsmith appeared for defendants. Jeffrey Fletcher appeared for plaintiffs. After hearing, the court issues the following order.

        IT IS ORDERED that:

        1. Defendants' motion to compel discovery, filed August 14, 2006, is granted.

        2. Plaintiffs shall produce all requested discovery in a full and complete manner, without objection, by September 20, 2006.

\\\\\

\\\\\

1       3. Defendants' motion for sanctions is deferred pending production by plaintiffs.
2 Defendants may renew their sanctions motion, if necessary, after production has occurred.
3 DATED: 8/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Anderson2321.dsy.wpd