IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON, et al.,

      Plaintiff,                                  CIV-S-05-2321 LKK GGH

   vs.

CITY OF DAVIS, et al.,

      Defendants.                       <u>ORDER</u>

_____/

        On December 6, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed December 6, 2006, are ADOPTED;

2. Plaintiffs' consent in this case, filed November 14, 2006, is withdrawn;

3. The Clerk of Court is directed to reinstate assignment of this case to the undersigned; and

4. The motion to withdraw as counsel is rescheduled to be heard by Judge Karlton on February 5, 2007 at 10:00 a.m.  At the conclusion of the motion hearing, the court will discuss the setting of a new status conference date.

5. Counsel for plaintiff is instructed to serve a copy of this order on plaintiffs.

DATED: January 4, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2