```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


IVY ANDERSON and DAVID
JOHNSON,
                                      NO. CIV. S-05-2321 LKK/GGH

          Plaintiffs,

     v.                                      O R D E R

CITY OF DAVIS et al.,

          Defendants.
                                   /
```

Plaintiffs have filed a motion for reconsideration of the court's previous order, dated February 7, 2007, which, among other things, denied plaintiffs' request for appointment of counsel. Plaintiffs also request that the court order their former counsel to return certain fees paid.

In general, there is no constitutional or statutory right to counsel in civil cases. See <u>Andrews v. Bechtel Power Corp.</u>, 780 F.2d 124, 137 (1st Cir. 1985).

In addition, plaintiffs' request regarding fees that they have paid to their previous attorney is not within the court's jurisdiction. If plaintiffs believe that they have a claim against

1

1  their former counsel, it should be brought in state court, not
2  federal court.
3      Accordingly, the motion for reconsideration is hereby DENIED.
4      IT IS SO ORDERED.
5      DATED: February 8, 2007.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT