IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                                     CIV. NO. S- 05-2321 LKK GGH PS

   vs.

CITY OF DAVIS, et al.,

    Defendants.                                   ORDER

_____/

        Presently pending on this court's law and motion calendar for April 19, 2007, is defendants' motion to strike, filed March 13, 2007.  As this case was recently referred to the undersigned by Judge Karlton for all further pretrial proceedings, the hearing on April 19 will include a scheduling conference which will include directives for procedures to be followed in this case.

        Accordingly, IT IS ORDERED that a scheduling conference is scheduled for April 19, 2007 at 10:00 a.m.  Plaintiff shall personally appear.

DATED: 3/26/07

                                                     /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE

GGH:076:Anderson2321.sch.wpd

1