IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                                    CIV. S-05-2321 LKK GGH PS

    vs.

CITY OF DAVIS, et al.,

    Defendants.                                  <u>ORDER</u>

_____/

        This matter came on calendar May 24, 2007, for further discovery hearing. Plaintiffs Anderson and Johnson appeared in pro se. Defendants were represented by Douglas Thorn and Bruce Kilday. Plaintiffs' former counsel Jeffrey Fletcher was also present. After hearing, the court makes the following orders.

        At this court's previous hearing on April 19, 2007, plaintiffs were ordered to produce all outstanding discovery to defendants in court on May 24th, including any discovery which might be in former counsel Fletcher's possession. Of particular note was an original videotape which plaintiffs still had not produced to defendants. Plaintiffs were ordered to produce this discovery in order to avoid sanctions previously requested by defendants.

        At the hearing, Mr. Fletcher turned over a box of materials to plaintiffs in court, representing that it constituted everything in his possession which related to this case. Plaintiffs

then conceded that they had the original videotape in their possession at home, and had not turned it over to defendants or produced it in court, in violation of this court's April 24, 2007 order. Also complicating matters was defendants' representation that plaintiffs' interrogatory responses did not comply with the Federal Rules of Civil Procedure, and that plaintiffs had not made initial disclosures under Fed. R. Civ. P. 26.

Plaintiffs were previously warned that failure to comply with the April 24, 2007 order and their discovery obligations would result in severe sanctions, including the possibility of dismissal of this case. Although plaintiffs will be given one last opportunity to comply with certain discovery obligations, defendants may thereafter bring a motion if plaintiffs' production is not satisfactory.

Accordingly, IT IS ORDERED that:

1. Plaintiffs shall produce the original videotape previously requested by defendants in discovery, to defense counsel's office by 2:00 p.m. on May 24, 2007. Defendants shall then make a copy of the original and return the original to plaintiffs forthwith.

2. After reviewing the box of case materials produced in court by their former counsel, plaintiffs shall produce all discovery not previously turned over to defendants within five calendar days of the May 24, 2007 hearing. This discovery shall be accompanied by a written response outlining the discovery being produced and the requests to which it is responsive, and shall be signed under penalty of perjury. Plaintiffs are directed to follow Federal Rule of Civil Procedure 34 and E. D. Local Rule 34-250.

3. Plaintiffs shall re-write their interrogatory responses, and produce to defendants within five calendar days of the May 24th hearing. Responses shall be in compliance with Federal Rule of Civil Procedure 33 and E. D. Local Rule 33-250.

DATED: 5/30/07                                        /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.dsy