IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                              CIV. S-05-2321 LKK GGH PS

    vs.

CITY OF DAVIS, et al.,

    Defendants.                             ORDER

_____/

        Plaintiffs have filed two documents which purport to set motions on this court's calendar for October 11, 2007. Plaintiffs are reminded that they were previously ordered to file no further documents with the court until further order. See Order, filed April 23, 2007. Because these filings do not comply with E. D. Local Rule 78-230, and because they are in violation of this court's previous order, they will be stricken. Plaintiffs' remaining filings will be addressed at the November 1, 2007 hearing on defendants' motions to dismiss and to strike. The only further filings permitted between now and that hearing are oppositions to those motions.

        Accordingly, IT IS ORDERED that:

        1. Plaintiffs' "amended motion for settlement are jury from order set August 24-29," [sic], and plaintiffs' "notice of hearing to hear all previous motion hearing set," [sic] filed September 18, 2007, are stricken from the record.

1

1      2.  Plaintiffs shall file no further documents in this case other than oppositions to
2  defendants' motion to dismiss and to strike.
3  DATED: 10/1/07      /s/ Gregory G. Hollows

                                                              GREGORY G. HOLLOWS
                                                              U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.vac