IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                           CIV. S-05-2321 LKK GGH PS

    vs.

CITY OF DAVIS, et al.,

    Defendants.                         <u>ORDER</u>

/

        Defendants' motion to dismiss presently is calendared for hearing on November 15, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. November 15, 2007 hearing on the second amended motion to dismiss, filed November 1, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 11/13/07                                  /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.vac2