IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

       Plaintiffs,                      CIV. S-05-2321 LKK GGH PS

  vs.

CITY OF DAVIS, et al.,

       Defendants.                     ORDER

_____/

      By order of November 13, 2007, this court took under submission defendants' second amended motion to dismiss, filed November 1, 2007, and set for hearing on November 15, 2007, pursuant to the court's order at the November 1st hearing. On that same date, however, defendants filed a third amended motion to dismiss and third amended motion to strike, noticing them for hearing on November 29, 2007. The parties are reminded that any joint statements relating to these motions must be filed by November 26, 2007. No late filings will be considered, and no further continuances of this hearing will be permitted.

      Accordingly, IT IS ORDERED that joint statements pertaining to the November 29, 2007 hearing on defendants' third amended motion to dismiss and third amended motion to strike must be filed by November 26, 2007.

DATED: 11/21/07                              /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.vac3