IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

        Plaintiffs,            CIV. S-05-2321 LKK GGH PS

vs.

CITY OF DAVIS, et al.,

        Defendants.            <u>ORDER</u>

/

        Presently pending on this court's calendar for November 29, 2007, are defendants' third amended motion to dismiss and third amended motion to strike. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. <u>See</u> E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The November 29, 2007 hearing on defendants' third amended motion to dismiss and motion to strike, filed November 13, 2007, is vacated; and

        2. The motions are submitted on the record.

DATED: 11/27/07            /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.vac4