IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                      CIV. S-05-2321 LKK GGH PS

    vs.

CITY OF DAVIS, et al.,

    Defendants.                  <u>ORDER</u>

        Presently pending before the court are defendants' third amended motion to strike and motion to dismiss, filed November 13, 2007. The motion to dismiss contains no points and authorities or declarations. The court assumes this omission was inadvertent.

        Accordingly, IT IS ORDERED that defendants shall file their points and authorities and declarations to support their third amended motion to dismiss within ten days of this order. Defendants shall show proof that these documents were also served on plaintiffs when the third amended motion was filed.

DATED: 04/14/08                            /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.p&a