1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IVY ANDERSON and DAVID JOHNSON,

11          Plaintiffs,                    CIV. S-05-2321 LKK GGH PS

12      vs.

13
     CITY OF DAVIS, et al.,
14
            Defendants.                    ORDER
15   _____/

16          Presently before the court is plaintiffs' request for appointment of counsel.

17          The district court has discretion under 28 U.S.C. § 1915(e)(1) to request counsel

18   to represent an indigent civil litigant.  First, however, the court must evaluate both (1) the

19   likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro

20   se in light of the complexity of the legal issues involved.  See, e.g., Terrell v. Brewer, 935 F.2d

21   1015, 1017 (9th Cir.1991).  On the record before it, the court cannot find a likelihood of success

22   on the merits.  See Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir.1984) (motions to appoint

23   counsel granted only in exceptional circumstances and at discretion of trial court).

24   \\\\\

25   \\\\\

26   \\\\\

1

1         Accordingly, IT IS ORDERED that plaintiffs' June 2, 2008 request for

2    appointment of counsel is denied.

3    DATED: 06/20/08                       /s/ Gregory G. Hollows

4                                      GREGORY G. HOLLOWS
                                       U. S. MAGISTRATE JUDGE

5    GGH:076/Anderson2321.apt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26