IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

       Plaintiffs,                           CIV. S-05-2321 LKK GGH PS

    vs.

CITY OF DAVIS, et al.,

       Defendants.                         ORDER

_____/

        Presently pending on this court's calendar for July 10, 2008, is defendants' motion to dismiss, filed May 27, 2008.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The July 10, 2008 hearing on defendants' motion to dismiss, filed May 27, 2008, is vacated; and

        2. The motion is submitted on the record.

DATED: 06/26/08                           /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.vac5

1