IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

    Plaintiffs,                                    CIV. S-05-2321 LKK GGH PS

  vs.

CITY OF DAVIS, et al.,

    Defendants.                                    ORDER
_____/

    Pending before the district court are the parties' objections and reply to the court's findings and recommendations, issued July 17, 2008.  Pending a district court ruling, the current pretrial conference and trial dates will be vacated.

    Accordingly, IT IS ORDERED that the pretrial conference date of August 18, 2008, and the trial date of November 18, 2008, are vacated pending a district court ruling on the findings and recommendations.

DATED: 08/12/08

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076/Anderson2321.ptc

1