UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVY ANDERSON and DAVID JOHNSON,

        Plaintiffs,

    v.

CITY OF DAVIS et al.,

        Defendants.

NO. CIV. S-05-2321 LKK/GGH

O R D E R

Pending before the court are plaintiffs Ivy Anderson's and David Johnson's applications to proceed without prepayment of fees. Plaintiffs have made the showing required under 28 U.S.C. § 1915 and accordingly the applications are GRANTED.

IT IS SO ORDERED.

DATED: October 27, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1